JUDGE PRESKA

07 CV 6944

SMITH & FAWER, L.L.C.
RANDALL A. SMITH (La. #2117)
MICHAEL W. HILL (La. #25415)
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Tel: 504-525-2200

Of Counsel to SpatiaLight, Inc.

LAW OFFICES OF DAVID M. SCHREIER
DAVID M. SCHREIER (DMS 2112)
274 Madison Avenue, 19th Floor
New York, New York 10016
Tel: 212-889-0686
Local Counsel for SpatiaLight, Inc.



RECEIVED AUG 02 2007 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SPATIALIGHT, INC.,
    Plaintiff       *
              *
              * _____ CIV. _____
v.             *
              *CORPORATE DISCLOSURE
SMITHFIELD FIDUCIARY, L.L.C., *
and             *
PORTSIDE GROWTH     *
& OPPORTUNITY FUND    *
    Defendant      *

*******************************************

SpatiaLight discloses the following with respect to it corporate ownership:

1.  SpatiaLight, Inc. is a publicly traded company on the Pink Sheets, L.L.C. and NASDAQ Over the Counter Bulletin Board markets.

2. SpatiaLight, Inc. owns one (1) subsidiary, SpatiaLight Korea, Inc.

3. No publicly traded company owns more than ten percent (10%) of SpatiaLight.

OF COUNSEL:

_____
SMITH & FAWER, L.L.C.
Randall A. Smith (#2117)
Michael W. Hill (#25415)
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Tel: 504-525-2200

_____
LAW OFFICES OF DAVID M. SCHREIER
David M. Schreier (DMS 2112)
274 Madison Avenue, 19th Floor
New York, New York 10016
Tel: 212-889-0686

**COUNSEL FOR SPATIALIGHT, INC.**