**SMITH & FAWER, L.L.C.**
**RANDALL A. SMITH (La. #2117)**
**MICHAEL W. HILL (La. #25415)**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Tel: 504-525-2200

**Of Counsel to SpatiaLight, Inc.**

**LAW OFFICES OF DAVID M. SCHREIER**
**DAVID M. SCHREIER (DS 2112)**
274 Madison Avenue, 19th Floor
New York, New York 10016
Tel: 212-889-0686

**Counsel for SpatiaLight, Inc.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SPATIALIGHT, INC.,** | * |
|       Plaintiff | * |
| | *07 CV 6944 |
| | * |
| v. | * |
| | * |
| | *<u>NOTICE OF VOLUNTARY</u> |
| **SMITHFIELD FIDUCIARY, L.L.C.,** | *<u>DISMISSAL WITHOUT PREJUDICE</u> |
| and | * |
| **PORTSIDE GROWTH** | * |
| **& OPPORTUNITY FUND** | * |
|       Defendant | *Electronically Filed |
| | * |

******************************************

    **NOW INTO COURT**, comes SpatiaLight, Inc. (hereafter "SpatiaLight"). SpatiaLight suggests that, pursuant to Federal Rule of Civil Procedure 41, it desires to dismiss all claims and causes of action brought by it against Smithfield Fiduciary, L.L.C. (hereafter "Smithfield") in

the captioned matter. Smithfield has served no answer or motion for summary judgment and this dismissal is therefore to occur as a matter of right and upon notice alone. Said dismissal shall be without prejudice and with each side to bear its own costs incurred in the matter.

SpatiaLight expressly reserves all rights, claims and causes of action it has asserted in the captioned matter against Portside Growth & Opportunity Fund.

**OF COUNSEL:**

| | |
|---|---|
| ___/s/Michael W. Hill___ | ___/s/David M. Schreier___ |
| **SMITH & FAWER, L.L.C.** | **LAW OFFICES OF DAVID M. SCHREIER** |
| Randall A. Smith (La. #2117) | David M. Schreier (DS 2112) |
| Michael W. Hill (La. #25415) | 274 Madison Avenue, 19th Floor |
| 201 St. Charles Avenue, Suite 3702 | New York, New York 10016 |
| New Orleans, Louisiana 70170 | Tel: 212-889-0686 |
| Tel: 504-525-2200 | |

**COUNSEL FOR SPATIALIGHT, INC.**