```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SPATIALIGHT, INC.,                      :    07 CV 6944 (LAP)
                                        :
              Plaintiff,                :    ORDER
                                        :
       -v-                              :
                                        :
SMITHFIELD FIDUCIARY, L.L.C. and        :
PORTSIDE GROWTH &                       :
OPPORTUNITY FUND,                       :
                                        :
              Defendants.               :
                                        :
----------------------------------------X

LORETTA A. PRESKA, United States District Judge:

   Notice of Dismissal as to Smithfield Fiduciary, L.L.C. and Portside Growth and Opportunity Fund were filed by Spatialight on September 6 and 7, 2007 [dkt. nos. 3 and 4]. The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Dated: September 28, 2007

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.

spatiaorder928